1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  MARK I. WRAIGHT (State Bar No. 228303)
   miw@severson.com
3  SAMUEL R. MELAMED (State Bar No. 301303)
   srm@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendant
8  WELLS FARGO BANK, N.A.

9             UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11 | A.B. CONCRETE COATING INC., | Case No. 2:20-cv-211-EFB |
12 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINE TO FEBRUARY 1, 2021** |
13 | vs. | |
14 | WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1 – 50, inclusive, | |
15 | | |
16 | Defendants. | |

07685.2377/15638077.1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINE TO FEBRUARY 1, 2021

Plaintiff A.B. Concrete Coating Inc. ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant"), through their counsel of record, hereby stipulate and agree as follows:

**RECITALS**

1. Plaintiff initiated this action by filing its Complaint in the Superior Court of the State of California, County of Placer, Case No. SCV0044198.

2. On January 29, 2020, Defendant removed the case to this Court.  Doc. No. 1.

3. On February 5, 2020, Defendant filed a motion to dismiss Plaintiff's complaint, pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6).  Doc. No. 7.  On September 30, 2020, the Court granted Defendant's motion with leave to amend.  Doc. No. 14.

4. On October 21, 2020, Plaintiff subsequently filed its First Amended Complaint ("FAC").  Doc. No. 17.  On November 4, 2020, Defendant filed a motion to dismiss Plaintiff's FAC, pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6).  Doc. No. 18.

5. On December 29, 2020, the Court granted in part and denied in part Defendant's motion to dismiss Plaintiff's FAC.

6. To date, there have been no extensions of time in this matter for any purpose.

7. Plaintiff and Defendant have engaged in settlement discussions and now wish to continue these discussions prior to Defendant responding to the FAC.  Plaintiff and Defendant accordingly stipulate and agree that Defendant shall have until February 1, 2021 to file its responsive pleading.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**STIPULATION**

1. Defendant's deadline to file a responsive pleading to Plaintiff's FAC shall be continued to February 1, 2021.

**IT IS SO STIPULATED.**

DATED: January 19, 2021            CABLE LAW, P.C.

By: _/s/ Keith Cable_
Keith Cable
Attorneys for Plaintiff A.B. Concrete Coating Inc.

DATED: January 19, 2021            SEVERSON & WERSON
A Professional Corporation

By: _/s/ Samuel R. Melamed_
Samuel R. Melamed
Attorneys for Defendant Wells Fargo Bank, N.A.

Pursuant to Local Rule 131(e), I, Samuel R. Melamed, am the ECF user whose identification was used to file this Stipulation. I hereby attest that Keith Cable has concurred in this filing.

**ORDER**

**IT IS SO ORDERED.**

DATED: January 22, 2021

_[signature]_
Hon. Edmund F. Brennan
United States Magistrate Judge