UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B. CONCRETE COATING INC., | No. 2:20-cv-211-EFB |
| Plaintiff, | |
| v. | ORDER RE SETTLEMENT & DISPOSITION |
| WELLS FARGO BANK NATIONAL ASSOCIATION; and DOES 1 – 50, inclusive, | |
| Defendants. | |

Pursuant to the notice of settlement filed on behalf of all parties appearing in this action (ECF No. 20), the court has now determined that the matter has settled.

The court now orders that dispositional documents are to be filed not later than sixty (60) days from the date of this order.

All hearing dates and deadlines heretofore set in this matter are VACATED and all pending motions are denied as moot.

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

IT IS SO ORDERED.

DATED: February 25, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE